NEW YORK ex rel. VALENTI *v.* McCLOSKEY, SHERIFF, et al.

No. 563. Decided February 23, 1960.

*Gilbert S. Rosenthal* for appellant.

*Eliot H. Lumbard* and *Nathan Skolnik* for appellees.

Per Curiam.

The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question.

NATIONAL CAN CORP. *v.* STATE TAX COMMISSION OF MARYLAND.

No. 564. Decided February 23, 1960.

*Herbert M. Brune* for appellant.

*C. Ferdinand Sybert*, Attorney General of Maryland, and *John Martin Jones, Jr.*, Assistant Attorney General, for appellee.

Per Curiam.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.